BERT BODIFORD V. STATE.

No. 24207. January 5, 1949.

Hon. Roger Thurmond, Judge Presiding.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for burglary with a sentence of two years in the penitentiary.

The trial was to a jury and the evidence was sufficient to support their verdict. The record contains no bills of exception and no exceptions were taken to the court's charge. No brief was filed in the case and we are not informed of any contention made which would support a reversal.

Finding no error, the judgment of the trial court is affirmed.